IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHADIJAH WHITE | : | CIVIL ACTION |
| | : | NO. 13-984 |
| v. | : | |
| | : | |
| CAPTAIN STEPHEN GLENN, et al. | : | |

### ORDER

AND NOW, this 27th day of October, upon consideration of a motion for partial summary judgment filed by defendants City of Philadelphia police officers Captain Stephen Glenn, Edward Ashburn, Christopher Pernell, Charles Shelton, Dawn Lyles, Rhonda Congleton and the City Director of Public Safety, Michael Resnick (Dkt. No. 19), plaintiff Khadija White's response thereto (Dkt. No. 20), and consistent with the accompanying Memorandum of Law, it is ORDERED that defendants' motion is GRANTED, and

JUDGMENT IS ENTERED in favor of defendants Stephen Glenn, Edward Ashburn, Christopher Pernell, Charles Shelton, Dawn Lyles, Rhonda Congleton and Michael Resnick, and against plaintiff Khadijah White on Counts VII, X and XI of her complaint.

                                                                    ___/s/ Thomas O'Neill_____
                                                                    THOMAS N. O'NEILL, JR., J.